AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**
▶ IQBAL SHAIKH, A/K/A SHAHID HAMID KHAN

**DISTRICT COURT NUMBER**
CR 07 0561 MAG

**PENALTY:**
Maximum Prison Term: 1 years
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Customs and Border Patrol, Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.** CR 07-0547 CRB

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): WENDY THOMAS

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed 8/21/2007

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
AUG 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IQBAL SHAIKH,<br>a/k/a Shahid Hamid Khan,<br><br>    Defendant. | CR 07 0561<br><br>VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about October 9, 2003, in the Northern District of California, the defendant,

IQBAL SHAIKH,
a/k/a Shahid Hamid Khan,

knowingly possessed an identification document, authentication feature, or false identification document, that was not an identification document issued lawfully for her use, to wit: an Indian birth certificate, numbered 457428, with the intent that such document or feature be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a

//

INFORMATION                     Page 1 of 2

1  Class A Misdemeanor.

2

3  DATED: 8/28/2007                SCOTT N. SCHOOLS
                                    United States Attorney
4

5

6                                   IOANA PETROU
                                    Chief, Major Crimes Section
7

8  (Approved as to form: _____
                          WENDY THOMAS
9                         Special Assistant United States Attorney