SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IQBAL SHAIKH, ) <br> a/k/a Shahid Hamid Khan, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 07-0561 MAG <br><br> **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |

       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

//
//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 07-0561 MAG

1  United States Attorney for the Northern District of California moves to dismiss the above
2  Information with prejudice. The Information was filed in error.
3
4                                           Respectfully submitted,
5                                           SCOTT N. SCHOOLS
                                            United States Attorney
6
7
8  DATED: __8/29/07_____                 ____/s/_____
                                                  WENDY THOMAS
9                                                 Special Assistant United States Attorney
10
       The Court hereby grants leave to dismiss the above Information with prejudice.
11
12
13 DATED: _____               _____
                                             JOSEPH C. SPERO
14                                           United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISMISSAL OF INFORMATION
CR 05-00213 MAG