SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

FILED
2007 AUG 30  PM 12: 05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> IQBAL SHAIKH, <br> a/k/a Shahid Hamid Khan, <br>     Defendant. | No. CR 07-0561 MAG <br><br> **MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

//
//
//
//
//
//
//
//
//

1  United States Attorney for the Northern District of California moves to dismiss the above
2  Information with prejudice. The Information was filed in error.

                                                  Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

8  DATED: __8/29/07__                                    __/s/__
                                                  WENDY THOMAS
9                                                 Special Assistant United States Attorney

10
      The Court hereby grants leave to dismiss the above Information with prejudice.
11

13  DATED: __8/30/07__

                                                JOSEPH C. SPERO
14                                               United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 05-00213 MAG